**REMPFER MOTT LUNDY, PLLC**
JOSEPH N. MOTT
Nevada Bar No. 12455
SCOTT E. LUNDY
Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 825-5303
F: (702) 825-4413
Joey@rmllegal.com
Scott@rmllegal.com

Attorneys for Plaintiff
**OMAR NAGY**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **OMAR NAGY,** an individual, | Case No.: 2:17-cv-03127-JCM-GWF |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | |
| WESTERN ALLIANCE BANK, d/b/a BANK OF NEVADA, | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiff **OMAR NAGY**, by and through his attorneys, Joseph N. Mott and Scott E. Lundy of Rempfer Mott Lundy, PLLC, and Defendant **WESTERN ALLIANCE BANK, d/b/a BANK OF NEVADA,** by and through its attorney, Suzanne L. Martin and Michelle Krakora, of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby stipulate to the following:

1. To extend the deadline to conduct a Rule 26(f) conference to Friday, June 22, 2018; and

2. To extend the deadline for the parties' to submit their Proposed Discovery Plan and Scheduling Order to Friday, July 6, 2018;

This is the parties' first request to extend these deadlines. The extensions are necessary due to the untimely passing of Plaintiff's lead counsel, Andrew L. Rempfer. Attorneys Joseph N.



Mott and Scott E. Lundy, of Rempfer Mott Lundy, will represent Plaintiff going forward, but require additional time to come up to speed on this and other of Mr. Rempfer's cases. Thus, the parties respectfully request the Court grant the proposed extensions.

Dated: Monday, May 21, 2018.

| REMPFER MOTT LUNDY, PLLC | Ogletree, Deakins, Nash, Smoak & Stewart |
|---|---|
| /s/ Joseph N. Mott | /s/ Suzanne L. Martin |
| Joseph N. Mott | Suzanne L. Martin |
| Nevada Bar No. 12455 | Nevada Bar No. 8833 |
| Scott E. Lundy | Michelle Krakora |
| Nevada Bar No. 14235 | Nevada Bar No. 8832 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| **OMAR NAGY** | **WESTERN ALLIANCE BANK, d/b/a BANK OF NEVADA** |

## ORDER

**IT IS SO ORDERED.**

Dated: May 22, 2018.

_____
UNITED STATES MAGISTRATE JUDGE



10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 825-4413
Andrew@rmllegal.com