SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
MICHELLE KRAKORA
Nevada Bar No. 8832
michelle.krakora@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Western Alliance Bank dba Bank of Nevada*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OMAR NAGY, an individual,<br><br>              Plaintiff,<br><br>vs.<br><br>WESTERN ALLIANCE BANK, d/b/a "BANK OF NEVADA",<br><br>              Defendant. | Case No.: 2:17-cv-03127-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Omar Nagy ("Plaintiff") and Defendant Western Alliance Bank dba Bank of Nevada ("Defendant"), by and through their undersigned counsel, that all claims Plaintiff had or may have had against Defendant that are

//

//

//

//

//

//

contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party is to bear their own fees and costs.

Dated this 3rd day of August, 2018.

REMPFER MOTT LUNDY, PLLC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Scott E. Lundy

Joseph N. Mott
Nevada Bar No. 12455
Scott E. Lundy
Nevada Bar No. 14235
10091 Park Run Drive
Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiff*

/s/ Suzanne L. Martin

Suzanne L. Martin
Nevada Bar No. 8833
Michelle Krakora
Nevada Bar No. 8832
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED:

_____
U.S. District Judge James C. Mahan

DATED: August 8, 2018
_____